*December 8, 1936.*

BITZAN, Respondent, vs. ROWBOTTOM and others, Appellants.

For the appellants: *Randall, Cavanagh, Stephenson & Mittelstaed* of Kenosha.

For the respondent: *David L. Phillips,* attorney, and *Matt Taylor* of counsel, both of Kenosha.

*By the Court.*—Judgment affirmed.

KRUEGER, Respondent, vs. THIELEN and another, Appellants.

For the appellants: *Hougen & Brady* of Manitowoc.

For the respondent: *Eberlein & Larson* of Shawano.

*By the Court.*—Judgment affirmed.

RUSECKY, Respondent, vs. SHIMKUS and another, Appellants.

For the appellants: *V. J. O'Kelliher* of Oconto.

For the respondent: *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.